1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  FRANK STEPHENSON,

11          Petitioner,              No. CIV S-07-0625 DFL DAD P

12       vs.

13  R.J. SUBIA, Warden, et al.,

14          Respondents.            ORDER

15  _____/

16          Petitioner, a state prisoner at Mule Creek State Prison, is proceeding pro se and

17  has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has

18  paid the filing fee.

19          In 1976, petitioner was convicted of first degree murder with use of a firearm in

20  the Alameda County Superior Court.  In this action, petitioner is challenging the denial of parole

21  in his case by the Board of Parole Hearings in 2006.

22          Since petitioner may be entitled to the requested relief if the claimed violation of

23  constitutional rights is proved, respondents will be directed to file a response to petitioner's

24  application.

25  /////

26  /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Respondents are directed to file a response to petitioner's application within

3  thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

4  shall be accompanied by any and all transcripts or other documents relevant to the determination

5  of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

6    2. Petitioner's reply, if any, shall be filed and served within thirty days of service

7  of an answer;

8    3. If the response to petitioner's application is a motion, petitioner's opposition or

9  statement of non-opposition shall be filed and served within thirty days of service of the motion,

10  and respondents' reply, if any, shall be filed within fifteen days thereafter; and

11    4. The Clerk of the Court shall serve a copy of this order together with a copy of

12  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael

13  Patrick Farrell, Senior Assistant Attorney General.

14  DATED: April 16, 2007.

15

16  _____

DALE A. DROZD

17  UNITED STATES MAGISTRATE JUDGE

18

19  DAD:mp/4
step0625.100fee

20

21

22

23

24

25

26