IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK STEPHENSON,**<br><br>                              Petitioner,<br><br>     v.<br><br>**R.J. SUBIA, Warden, et al.,**<br><br>                              Respondents. | 2:07-cv-00625-DFL-DAD<br><br>**ORDER** |

  Good cause appearing, Respondent's motion for an extension of time of thirty days is granted. Respondent may file his Answer up to and including June 15, 2007.

DATED: May 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
step0625.111

1