UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STEPHENSON, <br><br> Petitioner, <br><br> v. <br><br> R. J. SUBIA, *et al.*, <br><br> Respondents. | CASE NO. 2:07-cv-00625-RSL-JLW <br><br> ORDER GRANTING RESPONDENTS' MOTION TO DISMISS |

The Court, having reviewed Respondents' Motion to Dismiss, the Report and Recommendation of the Honorable John L. Weinberg, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation; and

(2) Respondents' Motion to Dismiss (Dkt. No. 16) is GRANTED.

The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondents, and to the Honorable John L. Weinberg.

DATED this 23rd day of April, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER